**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FLOYD LYNELL MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 25-406** |
| | ) | |
| **C.O. 1 COREY HUFFINE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges. On November 3, 2025, the Magistrate Judge issued a Report and Recommendation, ECF No. 50, recommending that Defendant's Partial Motion to Dismiss be granted and that Plaintiff's Intentional Infliction of Emotional Distress claim be dismissed. The parties were informed that objections to the Report and Recommendation were due by August 19, 2026 for electronically registered users and by August 24, 2026 for the non-registered user Plaintiff. *See* 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2. No Objections have been filed.

After de novo review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 16th day of September 2026, it is ORDERED that the Report and Recommendation, ECF No. 50, filed on August 5, 2026, by Magistrate Judge Taylor, is adopted as the Opinion of the Court.

Defendant's Partial Motion to Dismiss, ECF No. 37, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's state law claim of Intentional Infliction of Emotional Distress is DISMISSED. Leave to amend is not granted as such would be futile.

This matter is returned to the Magistrate Judge for further proceedings.

s/*Marilyn J. Horan*
Marilyn J. Horan
United States District Court Judge

Floyd Lynell Moore
QP3392
SCI FAYETTE
50 Overlook Drive
LaBelle, PA 15450